Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kurt Sanborn                    **Case Number:** 12CR40034

**Name of Sentencing Judicial Officer:** The Honorable Paul Barbadoro, U.S. District Judge,
                                         District of New Hampshire

**Date of Original Sentence:**  November 19, 2009

**Transfer of Jurisdiction:**   May 16, 2012, to The Honorable F. Dennis Saylor, IV,
                                U.S. District Judge

**Original Offense:**           Wire Fraud

**Original Sentence:**          30 months of custody; followed by 3 years of Supervised Release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** April 26, 2012

---

## PETITIONING THE COURT

[X]     To issue a warrant
[ ]     To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Nature of Noncompliance**

**Violation Number    I         Violation of Standard Condition of Supervised Release: The
                                defendant shall not commit another federal, state, or local crime.**

On June 5, 2014, this officer was informed by Detective Kerrie Mazur, of the East Greenwich,
Rhode Island, Police Department, that Kurt Sanborn was arrested in the District of Rhode Island on
charges of Violation of Protection Order (Misdemeanor) and Domestic Stalking (Felony).  Sanborn
is accused of stalking his former girlfriend, Mary Wharton.  According to Detective Mazur, Sanborn
and Wharton were alleged to have been involved in a romantic relationship until she ended it in
November 2013.

The police report alleges that, on May 19, 2014, Mary Wharton reported to law enforcement, that
Sanborn continuously came to her home unexpectedly and had entered her home without permission.
Wharton further stated that Sanborn recently had the locks at her residence changed by a locksmith
without her permission.  Allegedly, he was able to do so by obtaining a motor vehicle operator's

- 2 -                    **Petition for Warrant or Summons
for Offender Under Supervision**

license in the District of Rhode Island with Wharton's address, which he produced to the locksmith. This office ran a motor vehicle inquiry on Sanborn and was able to ascertain that in fact, he obtained a Rhode Island Driver's License on or about April 2, 2014, with the address of 66 Spring Valley Drive, East Greenwich, RI, surrendering an out of state license at that time.  A search of his Massachusetts license reflects a primary contact address of 66 Spring Graden Drive, East Greenwich, RI.

According to Detective Mazur, Sanborn is also alleged to have entered Wharton's home through a remote animal access door; remotely accessed her cell phone so that he could all of Wharton's texts and phone calls, had a friend impersonate a federal law enforcement officer and approach Wharton, and accessed her bank account which caused a freeze to be placed on that account.

On May 23, 2014, Wharton informed police that she observed Sanborn in her driveway that morning which prompted her to obtain a restraining order on May 29, 2014.  Said order was served on Sanborn that day.  Detective Mazur advised that Sanborn contacted the Attleboro Police Department and picked up the order before it was even served on him.  Allegedly, Wharton had sent a text to her daughter, advising her that she obtained a restraining order.  As Sanborn allegedly had access to Wharton's texts, he was able to learn of the restraining order via said text.

Additionally, Detective Mazer advised that on June 4, 2014, Sanborn was observed outside of Wharton's place of employment, and later that same day, traveling in a vehicle on Spring Valley Road, where Wharton resides, causing him to be arrested for violation of the protective order.

**Violation Number**      **II**      **Violation of Standard Condition of Supervised Release: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

On May 19, 2014, Officer Christopher Rafferty, of the East Greenwich Police Department, contacted Sanborn by telephone and questioned Sanborn with respect to allegations that he had the locks changed on Wharton's residence.  He was instructed to stay away from the residence and not to enter her home without permission.  He was further placed on notice that there was a no trespass at that address.  Sanborn did not report this contact to Probation.

On May 20, Officer Rafferty again spoke to Sanborn on the telephone regarding the above investigation. He was again told not to go to Wharton's residence and if he needed to collect personal items from that address, he should be accompanied by the police. Sanborn again did not report this contact to Probation.

Prob 12C                                          - 3 -                          **Petition for Warrant or Summons**
                                                                                    **for Offender Under Supervision**

On May 29, 2014, Sanborn was served with a Temporary Order of Protection from Abuse, with respect to the above allegations by Wharton.  He did not report this law enforcement contact to Probation.


**U.S. Probation Officer Recommendation:**

       The term of supervision should be:
             [X]    Revoked
             [  ]    Extended for year(s), for a total term of years.
             [  ]    The conditions of supervision should be modified as follows:



I declare under penalty of perjury that the foregoing is true and correct.



Reviewed/Approved by:                                  Respectfully submitted by,

   /s/ *Basil Cronin*                                     /s/ *Gina Affsa*
Basil Cronin                                           Gina Affsa
Supervising U.S. Probation Officer                     U.S. Probation Officer

                                                       Date: June 9, 2014


**THE COURT ORDERS**

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

                                       _____
                                          F. Dennis Saylor, IV
                                          U.S. District Judge

                                       _____
                                                   Date