AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

2014 OCT 31 A  District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:12-CR-40034-FDS-1 |
| | ) | |
| KURT SANBORN | ) | |
| *Defendant* | ) | |

*2014 JUN 12 A 8:08   RECEIVED U.S. MARSHAL SERVICE BOSTON, MA*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kurt Sanborn,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations of conditions of supervised release

Date:   06/11/2014

*Issuing officer's signature*

City and state:   USDC - Boston, MA

Pietro Cicolini - Courtroom Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Transfer of Jurisdiction to New Hampshire